Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ERNESTO PERALTA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNESTO PERALTA,<br><br>                    Plaintiff,<br>      vs.<br><br>CREDIT BUREAU COLLECTION SERVICES, INC.,<br><br>                    Defendant. | Case No.: **10-cv-03464**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ERNESTO PERALTA, against Defendant, CREDIT BUREAU COLLECTION SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 7/21/10         KROHN & MOSS LTD

                                /s/ Ryan Lee
                                Ryan Lee, Esq.
                                Attorney for Plaintiff,
                                ERNESTO PERALTA

Dated: 7/21/10         ROPERS, MAJESKI, KOHN & BENTLEY LLP

                                /s/ Sean P. Flynn_____
                                Sean P. Flynn
                                Attorney for Defendant,
                                CREDIT BUREAU COLLECTION SERVICES, INC.

1

Stipulation of Dismissal and [Proposed] Order