JS-6

**IN THE UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNESTO PERALTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREDIT BUREAU COLLECTION SERVICES, INC.,<br><br>　　　　Defendant.. | Case No.: CV **10-03464 DDP (RCx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 21, 2010

_____
The Honorable Judge
United States District Judge

1

[Proposed] Order